UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILKIE FARR & GALLAGHER, LLP,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES CENTRAL COMMAND J6-RDF (FOIA),<br><br>*Defendant*. | Civil Action No. 20-3262 (EGS) |

## ANSWER

Defendant United States Central Command ("USCENTCOM"), by and through undersigned counsel, respectfully submits this Answer to the Complaint filed by Plaintiff Willkie Farr & Gallagher, LLP. All allegations not specifically admitted are denied. Defendant responds specifically to each numbered paragraph of the Complaint as follows.

### RESPONSES TO THE NUMBERED PARAGRAPHS

Defendant responds below to the separately numbered paragraphs and prayer for relief contained in the Complaint. To the extent that any allegation is not expressly admitted herein, it is denied. Moreover, to the extent that the Complaint refers to or quotes from external documents, statutes, or other sources, Defendant may refer to such materials for their accurate and complete contents; however, Defendant's references are not intended to be, and should not be construed to be, an admission that the cited materials: (a) are correctly cited or quoted by Plaintiff; (b) are relevant to this, or any other, action; or (c) are admissible in this, or any other, action.

1

## INTRODUCTION[1]

1.      Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation in the first sentence of this paragraph.  To the extent any further response is deemed necessary, Defendant refers the Court to the docket of the lawsuit referenced in this paragraph.  The remainder of this paragraph contains Plaintiff's characterization of this action and of its FOIA request, to which no response is required.  To the extent a response is required, Defendant admits that this action purports to be brought under the Freedom of Information Act, 5 U.S.C. § 552 et seq. ("FOIA").

2.      Defendant admits that it received twenty-one (21) FOIA requests from Plaintiff dated March 2, 2020.  Defendant respectfully refers the Court to those FOIA requests for a complete and accurate statement of their contents, and denies the remaining allegations contained in this paragraph.

3.      Defendant admits that it received five FOIA requests from Plaintiff dated May 1, 2020 (not two requests, as stated in the Complaint).  Defendant respectfully refers the Court to those FOIA requests for a complete and accurate statement of their contents, and denies the remaining allegations contained in this paragraph.

4.       Defendant respectfully refers the Court to Exhibit 6 for a complete and accurate statement of its contents.

5.      Defendant denies the second sentence of this paragraph and avers that, in June 2020, it provided responses to the requests at issue.  The remaining allegations in this paragraph

---

[1] Merely for ease of reference, Defendant replicates the headings contained in the Complaint. Although Defendant believes that no response is required to such headings, to the extent a response is deemed required and to the extent those headings and titles could be construed to contain factual allegations, those allegations are denied.

consist of conclusions of law, to which no response is required. To the extent that factual allegations are made, Defendant denies the allegations. To the extent that a response is required to any other allegations, Defendant denies the allegations.

6. In response to the first sentence of this paragraph, Defendant refers the Court to the referenced Federal Register citation for a complete and accurate statement of its contents. The remaining allegations in this paragraph assert a conclusion of law to which no response is required. To the extent any response is required, Defendant denies that it failed to provide a determination or response on any of Plaintiff's FOIA requests.

7. This paragraph asserts a conclusion of law to which no response is required, and otherwise characterizes the nature of this action and relief. To the extent that factual allegations are made, Defendant denies the allegations. To the extent that a response is required to any other allegations, Defendant denies the allegations.

## JURISDICTION AND VENUE

8. The allegations in this paragraph contain conclusions of law regarding jurisdiction, to which no response is required. To the extent that a response is deemed necessary, Defendant admits that this Court has jurisdiction subject to the terms and conditions of FOIA.

9. The allegations in this paragraph contain conclusions of law regarding venue, to which no response is required. To the extent that a response is required, Defendant admits that 5 U.S.C. § 552 (a)(4)(B) governs venue in actions brought under the FOIA.

## PARTIES

10. The allegations contained in this paragraph consist of Plaintiff's characterization of itself and do not set forth a claim of relief or aver facts in support of a claim to which a response is required. To the extent that a response is required, Defendant is without knowledge or

information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and on that basis denies the allegations.

11. Defendant admits that USCENTCOM is a federal agency subject to FOIA. The remaining allegations consist of Plaintiff's conclusions of law, to which no response is required. To the extent a response is required, Defendant denies the remaining allegations contained in this paragraph.

## FACTUAL ALLEGATIONS

### I. BACKGROUND

12-15. The allegations contained in these paragraphs do not set forth a claim for relief or aver facts in support of a claim to which a response is required. To the extent a response is required, Defendant denies these allegations.

### II. PLAINTIFF PROPERLY SUBMITTED 23 FOIA REQUESTS FOR AGENCY RECORDS, 14 OF WHICH REMAIN WITH CENTCOM

**A. Plaintiff's Submission of 23 FOIA Requests, 14 of Which Remain with CENTCOM**

16. Defendant admits only that it received FOIA requests from Plaintiff dated March 2, 2020, which are attached as Exhibit 1 to the Complaint. Defendant respectfully refers the Court to the FOIA requests for a complete and accurate statement of their contents. Defendant denies the remaining allegations contained in this paragraph.

17. Defendant admits only that it received a letter from Plaintiff dated April 1, 2020, which is attached as Exhibit 2 to the Complaint. Defendant respectfully refers the Court to that letter for a complete and accurate statement of its contents. Defendant denies the remaining allegations contained in this paragraph.

18. Defendant admits only that it sent a letter to the Plaintiff dated April 14, 2020, which is attached as Exhibit 3 to the Complaint. Defendant respectfully refers the Court to that

letter for a complete and accurate statement of its contents. Defendant denies the remaining allegations contained in this paragraph.

19. Defendant admits it received five FOIA requests from Plaintiff dated May 1, 2020 (not two requests, as stated in the Complaint), which are attached as Exhibit 4 to the Complaint. Defendant respectfully refers the Court to the FOIA requests for a complete and accurate statement of their contents. Defendant denies the remaining allegations contained in this paragraph.

20. Defendant admits only that it sent a letter to the Plaintiff dated May 6, 2020, which is attached as Exhibit 5 to the Complaint. Defendant respectfully refers the Court to that letter for a complete and accurate statement of its contents. Defendant denies the remaining allegations contained in this paragraph.

21. Defendant admits only that it sent an email, dated June 24, 2020, updating Plaintiff on the status of its requests, which is attached as Exhibit 6 to the Complaint. Defendant respectfully refers the Court to that email for a complete and accurate statement of its contents. Defendant denies the remaining allegations contained in this paragraph.

**B. Plaintiff's 14 Requests Retained by CENTCOM**

22. Defendant admits only that it sent an email, dated June 24, 2020 updating Plaintiff on the status of its requests, which is attached as Exhibit 6 to the Complaint. Defendant respectfully refers the Court to that email for a complete and accurate statement of its contents. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

23. Defendant admits that it received a FOIA request from Plaintiff dated March 2, 2020, which is attached as Exhibit 7 to the Complaint. Defendant respectfully refers the Court to the FOIA request for a complete and accurate statement of its contents. Defendant denies the

remaining allegations contained in this paragraph. Defendant admits that it sent an email dated July 29, 2020 to Plaintiff, which is attached as Exhibit 21. Defendant respectfully refers the Court to that email for a complete and accurate statement of its contents.

24. Defendant admits that it received a FOIA request from Plaintiff dated March 2, 2020, which is attached as Exhibit 8 to the Complaint. Defendant respectfully refers the Court to the FOIA request for a complete and accurate statement of its contents. Defendant denies the remaining allegations contained in this paragraph.

25. Defendant admits that it received a FOIA request from Plaintiff dated March 2, 2020, which is attached as Exhibit 9 to the Complaint. Defendant respectfully refers the Court to the FOIA request for a complete and accurate statement of its contents. Defendant denies the remaining allegations contained in this paragraph.

26. Defendant admits that it received a FOIA request from Plaintiff dated March 2, 2020, which is attached as Exhibit 10 to the Complaint. Defendant respectfully refers the Court to the FOIA request for a complete and accurate statement of its contents. Defendant denies the remaining allegations contained in this paragraph.

27. Defendant admits that it received a FOIA request from Plaintiff dated March 2, 2020, and which is attached as Exhibit 11 to the Complaint. Defendant respectfully refers the Court to the FOIA request for a complete and accurate statement of its contents. Defendant denies the remaining allegations contained in this paragraph.

28. Defendant admits that it received a FOIA request from Plaintiff dated March 2, 2020, and which is attached as Exhibit 12 to the Complaint. Defendant respectfully refers the Court to the FOIA request for a complete and accurate statement of its contents. Defendant denies the remaining allegations contained in this paragraph.

29. Defendant admits that it received a FOIA request from Plaintiff dated March 2, 2020, which is attached as Exhibit 13 to the Complaint. Defendant respectfully refers the Court to the FOIA request for a complete and accurate statement of its contents. Defendant denies the remaining allegations contained in this paragraph.

30. Defendant admits that it received a FOIA request from Plaintiff dated March 2, 2020, and which is attached as Exhibit 14 to the Complaint. Defendant respectfully refers the Court to the FOIA request for a complete and accurate statement of its contents. Defendant denies the remaining allegations contained in this paragraph. Defendant admits only that it sent an email updating the Plaintiff on the status of its request dated June 24, 2020, which is attached as Exhibit 6 to the Complaint. Defendant respectfully refers the Court to that email for a complete and accurate statement of its contents.

31. Defendant admits that it received a FOIA request from Plaintiff dated March 2, 2020, which is attached as Exhibit 15 to the Complaint. Defendant respectfully refers the Court to the FOIA request for a complete and accurate statement of its contents. Defendant denies the remaining allegations contained in this paragraph.

32. Defendant admits that it received a FOIA request from Plaintiff dated March 2, 2020, which is attached as Exhibit 16 to the Complaint. Defendant respectfully refers the Court to the FOIA request for a complete and accurate statement of its contents. Defendant denies the remaining allegations contained in this paragraph.

33. Defendant admits that it received a FOIA request from Plaintiff dated March 2, 2020, which is attached as Exhibit 17 to the Complaint. Defendant respectfully refers the Court to the FOIA request for a complete and accurate statement of its contents. Defendant denies the remaining allegations contained in this paragraph.

34. Defendant admits that it received a FOIA request from Plaintiff dated March 2, 2020, which is attached as Exhibit 18 to the Complaint. Defendant respectfully refers the Court to the FOIA request for a complete and accurate statement of its contents. Defendant denies the remaining allegations contained in this paragraph. Defendant admits only that Defendant USCENTCOM sent a letter dated March 13, 2020, which is attached as Exhibit 22 to the Complaint. Defendant respectfully refers the Court to that email for a complete and accurate statement of its contents.

35. Defendant admits that it received a FOIA request from Plaintiff dated May 1, 2020, which is attached as Exhibit 19 to the Complaint. Defendant respectfully refers the Court to the FOIA request for a complete and accurate statement of its contents. Defendant denies the remaining allegations contained in this paragraph.

36. Defendant admits that it received a FOIA request from Plaintiff dated May 1, 2020, which is attached as Exhibit 20 to the Complaint. Defendant respectfully refers the Court to the FOIA request for a complete and accurate statement of its contents. Defendant denies the remaining allegations contained in this paragraph.

37. Defendant denies the third sentence in this paragraph. As to the remaining sentences in this paragraph, Defendant refers the Court to Exhibits 6 and 21 for a complete and accurate statement of their contents and denies all allegations inconsistent therewith.

III. **THE AGENCY FAILED TO MAKE DETERMINATIONS WITHIN FOIA'S TIE LIMITS FOR ALL OF PLAINTIFF'S REQUESTS, AND PLAINTIFF HAS CONSTRUCTTIVELY EXHAUSTED ALL ITS ADMINISTRATIVE REMEDIES**

**A. The Agency Violated FOIA's Time Limits and Search Requirements**

38. The allegations in this paragraph assert conclusions of law based on the cited statutory and regulatory provisions, to which no response is required. Defendant respectfully refers the Court to the cited statutes and regulations for a full and accurate statement of their contents and denies any allegations inconsistent therewith.

39-40. These paragraphs assert conclusions of law, to which no response is required. To the extent a response is required, Defendant denies.

**B. Plaintiff Has Constructively Exhausted Administrative Remedies**

41-42. These paragraphs assert conclusions of law, to which no response is required. To the extent a response is required, Defendant denies.

**CLAIMS FOR RELIEF**

**COUNT ONE: Failure to Comply with FOIA**

43. Defendant incorporates by reference its responses to Paragraphs 1 through 42 above as though fully set forth herein.

44. Paragraph 44 consists of conclusions of law, to which no response is required. To the extent that factual allegations are made, Defendant denies the allegations. To the extent that a response is required to any other allegations, Defendant denies the allegations.

45. Admit.

46-53. These paragraphs consist of conclusions of law, to which no response is required. To the extent that factual allegations are made, Defendant denies the allegations. To the extent that a response is required to any other allegations, Defendant denies the allegations.

**COUNT TWO: Declaration Precluding Assessments of Fees**

54. Defendant incorporates by reference its responses to Paragraphs 1 through 53

9

above as though fully set forth herein.

55. This paragraph asserts conclusions of law, to which no response is required. To the extent a response is required, Defendant denies.

56. Deny.

57-58. These paragraphs consist of conclusions of law, to which no response is required. To the extent that factual allegations are made, Defendant denies the allegations. To the extent that a response is required to any other allegations, Defendant denies the allegations.

## REQUESTED RELIEF

The remainder of Plaintiff's Complaint contains Plaintiff's requested relief, to which no response is required. To the extent a response is required, Defendant denies that Plaintiff is entitled to the requested relief or to any relief whatsoever.

## DEFENSES

In further response to the Complaint, Defendant raises the following defenses. Defendant respectfully requests and reserves the right to amend, alter, and supplement the defenses contained in this Answer as the facts and circumstances giving rise to the Complaint become known to Defendant throughout the course of this litigation.

## DEFENSES

### FIRST DEFENSE

Plaintiff's Complaint should be dismissed in whole, or part, for failure to state a claim upon which relief can be granted.

### SECOND DEFENSE

Some or all of the records and requested information in Plaintiff's Freedom of Information Act ("FOIA") request are exempt in whole or in part under the FOIA. *See* 5 U.S.C. § 552(b).

**THIRD DEFENSE**

Plaintiff has failed to exhaust administrative remedies with respect to some of the FOIA requests at issue in this lawsuit.

**FOURTH DEFENSE**

Plaintiff's FOIA requests are deficient to the extent they do not reasonably describe the records sought.

**FIFTH DEFENSE**

Defendant has exercised due diligence in processing Plaintiff's FOIA requests and exceptional circumstances exist that necessitate additional time for the Defendant to complete their processing of the FOIA requests. *See* 5 U.S.C. § 552(a)(6)(C).


Date: December 21, 2020

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney

DANIEL F. VAN HORN,
D.C. BAR # 924092
Chief, Civil Division

By:   /s/ *Kristin D. Brudy-Everett*
KRISTIN D. BRUDY-EVERETT
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530
(202) 252-2536
Kristin.Brudy-Everett@usdoj.gov

*Counsel for Defendant*